AMENDMENT NO. TWO

This Amendment made this 31st day of December, 1982, by and between United Inter-Mountain Telephone Company ("Telephone Company") and _____ Johnson City Power Board _____ ("Electric Company").

WITNESSETH

WHEREAS, Telephone Company and Electric Company entered into an Agreement dated _____ July 1, 1980 _____ (the "Agreement") and Amended _____ December 31, 1980 _____ (the "Amendment") which Agreement and Amendment contain the terms and conditions governing the joint use of their respective poles for the 1980 and subsequent calendar years at the annual rate of $7.40 per pole attachment (the "New Rate"); and

WHEREAS, Telephone Company and Electric Company now desire to amend the Agreement to provide that the New Rate shall be $9.25 ("The New Rate") per pole attachment subject to the Provisions of ARTICLE XIII "Periodical Revision of Adjustment Payment Rate",

NOW, THEREFORE, the parties hereto agree as follows:

Paragraph A of Article XII of the Agreement is hereby amended to read as follows:

"A. For 1982 and subsequent calendar years, adjustment payments per pole due from either party as Licensee to the other party as owner shall, subject to the provision of Article XIII, be $9.25 per annum."

IN WITNESS WHEREOF, the parties hereto have caused this Amendment to be executed in duplicate, and their corporate seals to be affixed thereto by their respective officers thereunto duly authorized, on the day and year first above written.

ATTEST:

_____
Secretary

JOHNSON CITY POWER BOARD

By: _____

ATTEST:

_____
Secretary

UNITED INTER-MOUNTAIN TELEPHONE COMPANY

By: _____

EXHIBIT C