# EXHIBIT A

BVU Authority
P.O. Box 8100
Bristol, VA 24203-8100

Invoice Number: PR1103

FEB 0 5 2019

TO: CenturyLink   1/29/2019
Joint Use Poles Group
700 W. Mineral Avenue
NM M 30.13
Littleton, CO 80120

Net amount due for pole attachments for the period of January 1, 2018 thru December 31, 2018.

| | | |
|---|---|---|
| CenturyLink | 7,286 attachments @ $25.00 per attachment | $ 182,150.00 |
| BVU | 2,709 attachments @ $25.50 per attachment | $ 69,079.50 |
| Optinet | 88 attachments @ $25.50 per attachment January - July 2018 | $ 1,309.00 |
| | Total amount due to BVU from CenturyLink | $ 111,761.50 |

Please return one copy of invoice with payment.
Lisa Dobrovolc
Phone - (276) 645-8752
Fax - (276) 642-2048
E-mail - ldobrovolc@bvua.com