# EXHIBIT B



**LUMEN**

Gary Witt
Associate General Counsel
(p) 303-542-6313
(e) gary.witt@lumen.com

June 14, 2021

**VIA CERTIFIED U.S. MAIL/**
**RETURN RECEIPT REQUESTED**
Erwin Utilities
P.O. Box 817
244 Love St.
Erwin, Tennessee 37650
Attention: Mr. Lee H. Brown, General Manager
lhbrown@erwinutilities.com

**VIA CERTIFIED U.S. MAIL/**
**RETURN RECEIPT REQUESTED**
Erwin Utilities
P.O. Box 817
244 Love St.
Erwin, Tennessee 37650
Attention: Mr. Kip Lemmon, Director of Construction and Maintenance
klemmon@erwinutilities.com

**NOTICE RE:** *Attachments in the Communications Space of CenturyLink's Utility Poles*

To Whom It May Concern:

CenturyLink has learned that Erwin Utilities (EU) or a division thereof has been making, and/or is continuing to make, attachments in the communications space of utility poles owned by CenturyLink.

This letter is to provide EU with formal written notice of CenturyLink's demand that EU immediately cease and desist these attachments until such time as the parties have entered into a privately negotiated contract that authorizes such attachments and that sets the terms, conditions and rates for the attachments. To the extent that EU has already made attachments in the communications space on CenturyLink's utility poles that have not been authorized by CenturyLink, then such attachments are a trespass for which CenturyLink demands to be compensated, in addition to all other relief to which it may be entitled at law or in equity.

Please contact CenturyLink, ATTN: Adam Brown, Contract Manager II, 1025 Eldorado Blvd., Broomfield, Colorado 80021, (720) 888-6464, adam.brown@centurylink.com at your earliest convenience to discuss this matter in more detail.

Thank you for your prompt attention to this matter.

Sincerely,

Gary Witt
Digitally signed by Gary Witt
DN: cn=Gary Witt, o=CenturyLink, ou=Assoc. Gen. Counsel, email=gary.witt@lumen.com, c=US
Date: 2021.06.11 11:34:24 -06'00'

Gary Witt
Associate General Counsel