# EXHIBIT C



Gary Witt
Associate General Counsel
(p) 303-542-6313
(e) gary.witt@lumen.com

June 14, 2021

**VIA CERTIFIED U.S. MAIL/RETURN RECEIPT REQUESTED**
Bristol Tennessee Essential Services
2470 Volunteer Parkway
P.O. Box 549
Bristol, Tennessee 37621
Attention: Dr. R. Michael Browder, P.E., CEO
mbrowder@btes.net

**NOTICE RE:** *Attachments in the Communications Space of CenturyLink's Utility Poles*

To Whom It May Concern:

CenturyLink has learned that Bristol Tennessee Essential Services (BTES) or a division thereof has been making, and/or is continuing to make, attachments in the communications space of utility poles owned by CenturyLink.

This letter is to provide BTES with formal written notice of CenturyLink's demand that BTES immediately cease and desist these attachments until such time as the parties have entered into a privately negotiated contract that authorizes such attachments and that sets the terms, conditions and rates for the attachments. To the extent that BTES has already made attachments in the communications space on CenturyLink's utility poles that have not been authorized by CenturyLink, then such attachments are a trespass for which CenturyLink demands to be compensated, in addition to all other relief to which it may be entitled at law or in equity.

Please contact CenturyLink, ATTN: Adam Brown, Contract Manager II, 1025 Eldorado Blvd., Broomfield, Colorado 80021, (720) 888-6464, adam.brown@centurylink.com at your earliest convenience to discuss this matter in more detail.

Thank you for your prompt attention to this matter.

Sincerely,

Gary Witt
Digitally signed by Gary Witt
DN: cn=Gary Witt, o=CenturyLink, ou=Assoc. Gen. Counsel,
email=gary.witt@lumen.com, c=US
Date: 2021.06.11 11:36:07 -06'00'

Gary Witt
Associate General Counsel