# EXHIBIT D

**From:** Stacy Bolton <SBolton@glps.net>
**Sent:** Thursday, August 5, 2021 10:06 AM
**To:** Henley, Jeff S <Jeffrey.S.Henley@lumen.com>
**Subject:** Future Attachments

Jeff,

One of our projects this fiscal year involves the installation of approximately 26 miles of fiber on the northern end of Greene County. The purpose of this project is to extend our fiber to connect three of our substations, Locust Springs located on Justice Rd., Baileyton located on Hwy. 172 and Albany on Reed Rd. Inevitably, along the proposed route, there are Century Link owned poles which are mostly along Hwy 172.

The difference between this project and previous fiber extensions is that we are going to place the fiber in the communication space as the highest attachment. Our legal counsel and myself have reviewed the joint-use contract and have found no provisions that allow us to place facilities in the communication space utilizing the existing single attachment fee. It is our opinion that on these poles, GLPS needs to pay an additional attachment fee.

In a few months when the engineering is complete, I will be submitting applications to attach to these poles along with the necessary make ready work.

Consequently, we will have a similar project on the southern end of the county the next fiscal year that will connect our Crossroads substation on 107 Cut-off, a redundant feed to our Nolichuckey Substation on the Asheville Hwy. and Timber Ridge substation located just off of the Warrensburg Rd.

If you have any questions concerning this, please let me know.

Thanks.


Stacy Bolton
Engineering Department
Greeneville Light & Power System
423-636-6218
sbolton@glps.net



***Disclaimer:*** *This e-mail may contain confidential or privileged information of Brightspeed. Unauthorized use of this communication is strictly prohibited. If you received this in error, please notify the sender by reply e-mail and destroy all copies and attachments immediately.*