IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE, TENNESSEE

CASE NO.: 2:20-cv-00030

JOHNSON CITY ENERGY AUTHORITY,
D/B/A BRIGHTRIDGE,

    Plaintiff and Counter-Defendant,

vs.

UNITED TELEPHONE SOUTHEAST, LLC,
D/B/A CENTURYLINK,

    Defendant and Counter-Plaintiff.

_____/

DEPOSITION OF

ANDREW CHONG

Pages 1 through 195

Thursday, December 1, 2022
9:28 a.m. - 3:21 p.m.

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
200 South Orange Avenue, Suite 2900
Orlando, Florida 32801

Stenographically Reported By:
Alison Hawk, RPR

Job No.: 285861



```
 1   Citrus Avenue, Winter Park, Florida.
 2       Q    What was the title of the job that you
 3   began performing in 2018?
 4       A    Joint use manager.
 5       Q    Was that a newly created position?
 6       A    No.
 7       Q    Did you replace someone?
 8       A    Yes.
 9       Q    Who did you replace?
10       A    Mr. Henry Bowlin, B-O-W-L-I-N.
11       Q    And was Henry Bowlin's title the joint use
12   manager?
13       A    As far as I know, yes.
14       Q    What was the circumstance that resulted in
15   Henry Bowlin no longer performing the job so that it
16   was available to you?
17       A    He retired.
18       Q    How long had Henry Bowlin been the joint
19   use manager?
20       A    I have no idea.
21       Q    Do you know if it was long term?
22       A    I assume, yes.
23       Q    Do you know if someone performed the job
24   of joint use manager before Harry Bowlin (sic)?
25       A    I don't know.  It's not Harry, it's Henry.
```

1                 CERTIFICATE OF OATH

2

3

4    STATE OF FLORIDA

5    COUNTY OF ORANGE

6

7

8        I, the undersigned authority, certify that

9    ANDREW CHONG remotely appeared before me and

10   was duly sworn on the 1st day of December,

11   2022.

12   Signed this 15th day of December, 2022.

*Alison Hawk*

ALISON HAWK, RPR
Notary Public, State of Florida
My Commission No. HH 252987
Expires: 04/22/2026

Notary Public State of Florida
Alison Hawk
My Commission
HH 252987
Exp. 4/22/2026