IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

JOHNSON CITY ENERGY AUTHORITY
d/b/a BRIGHTRIDGE,
    Plaintiff/Counter-Defendant,

VS.

UNITED TELEPHONE SOUTHEAST, LLC,
d/b/a CENTURYLINK,
    Defendant/Counter-Plaintiff.

CASE NO.
2:20-cv-00030

DEPOSITION OF

# GARY JEFFERSON "JEFF" HONEYCUTT

(Taken December 8, 2022)

**APPEARANCES:**

COUNSEL FOR BRIGHTRIDGE:    JOSEPH B. HARVEY
    STEPHEN M. DARDEN
    WILLIAM C. BOVENDER (by Zoom)
    HUNTER, SMITH & DAVIS
    1212 North Eastman Road
    Kingsport, TN 37664

COUNSEL FOR CENTURYLINK:    GARY L. EDWARDS
    BAKER DONELSON
    602 Sevier Street, Ste. 300
    Johnson City, TN 37604

ALSO APPEARING:    JEFF DYKES
    Chief Executive Officer
    BrightRidge

*COURT REPORTING AND VIDEO SERVICES*

P. O. Box 7481
Kingsport, TN 37664

TELEPHONE: (423) 230-8000
REBECCA@COURTREP.NET

EXHIBIT 7

1    he's -- see, CenturyLink is nationwide, so people are over
2    different areas like Mid-Atlantic, and Southern, and all
3    of that.  So it's probably they're over other divisions, I
4    mean.  They probably have the same job.  I don't know
5    that, but they probably have the same job as Andrew in
6    other locations, so he's seeing if they've had the same
7    issue.
8  Q. And why would seeing if they had the same issue be
9    important?
10 A. Well, just to see how it was handled in their areas.
11 Q. Would that help in this situation?
12 A. I don't know because there's different states, different
13    rules, so I don't know if the rules -- for instance,
14    Pennsylvania, which we have companies, I don't know if the
15    rules in Pennsylvania are the same as they are in
16    Tennessee.
17 Q. But Mr. Chong wanted to know what they had done in this
18    situation before.
19 A. Plus, Sikes had been responsible for this area before.
20    Maybe he thought that Sikes had experience in Tennessee,
21    so he might know something.
22 Q. If Mr. Sikes had experience in Tennessee, would that be
23    useful to know?
24 MR. EDWARDS:  Objection, opinion, speculation.
25 A. Well, yeah, it might be.  I don't know.

GARY JEFFERSON "JEFF" HONEYCUTT                DIRECT - HARVEY

197

Case 2:20-cv-00030-KAC-CRW   Document 77-7   Filed 03/01/23   Page 2 of 5   PageID #: 1927

```
 1   Q.  Well, Mr. Chong was interested to know if this situation
 2       had happened before, right?
 3   A.  Yes, sir.
 4   Q.  And he thought that might provide a solution, right?
 5   A.  Well, he says that, yes.
 6   Q.  To your knowledge, was Mr. Chong familiar with BVU?
 7   A.  I don't know.  I wouldn't know what he's familiar with.
 8   Q.  To your knowledge, did anyone mention BVU in response to
 9       his question?
10   A.  Not that I know of.
11   Q.  Turn to the second page of Exhibit 26, which is Bates
12       numbered CL0488.  This is -- the E-mail at the bottom
13       third of the page -- these are in reverse chronological
14       order.
15   A.  I know.  It's confusing.
16   Q.  Yeah.  So the earliest E-mail on this Page 2, CL0488, is
17       from Andy Ice dated August 30th, 2018, correct?
18   A.  Yes, sir.
19   Q.  And this E-mail was sent the day after the meeting at
20       BrightRidge on August 29th, 2018, correct?
21   A.  Yes, sir.
22   Q.  And in the E-mail, Mr. Ice says, "I had a question about
23       the meeting we had with BrightRidge yesterday.  When Jeff
24       Honeycutt asked the question about attachment fees and if
25       they would be paying for an attachment, the reply that
```

GARY JEFFERSON "JEFF" HONEYCUTT        DIRECT - HARVEY

198

Case 2:20-cv-00030-KAC-CRW   Document 77-7   Filed 03/01/23   Page 3 of 5   PageID #: 1928

| | |
|---|---|
| 1 | A. Okay. I was looking at the top. Okay. Yeah, I see it. |
| 2 | Q. So we're looking at the E-mail that starts about... |
| 3 | A. Yeah, I know which one. I'm on the right page. |
| 4 | Q. Okay. The last full paragraph that begins with they |
| 5 | started -- they stated they expected, do you see that? |
| 6 | A. Yes, sir. |
| 7 | Q. Okay. Go to the third line from the bottom of that |
| 8 | paragraph that says what we have done, do you see that? |
| 9 | A. "What have we done," yeah. |
| 10 | Q. Yes. Yes, I'm sorry, you're exactly right. That sentence |
| 11 | says, "What have we done in other areas where power |
| 12 | companies began attaching down in the communications |
| 13 | zone?" Do you see that? |
| 14 | A. Yes, sir. |
| 15 | Q. Why did Mr. Ice ask for that information? |
| 16 | A. I guess just to have additional support for what we |
| 17 | thought or what we believed. |
| 18 | Q. And what -- what CenturyLink had done in other areas where |
| 19 | power companies began attaching down in the communications |
| 20 | zone, that would be relevant to what CenturyLink was going |
| 21 | to do in this situation, correct? |
| 22 | A. To a point it could be, but like I said, different states |
| 23 | have different rules. I don't know what the rules would |
| 24 | be in Florida or wherever. |
| 25 | Q. If the companies were in the same state... |

GARY JEFFERSON "JEFF" HONEYCUTT          DIRECT - HARVEY

204

# C E R T I F I C A T E

I, Rebecca Overbey, Licensed Court Reporter in and for the State of Tennessee, do hereby certify that the foregoing deposition of GARY JEFFERSON "JEFF" HONEYCUTT was taken at the time and place and for the purpose as stated in the Caption; that the witness was duly sworn by me before deposing; that the said deposition was recorded electronically and was later transcribed to typewriting, using computer technology; and that the foregoing is a true and accurate transcript of the proceedings to the best of my knowledge, ability and understanding.

WITNESS my hand and official seal at my office in Kingsport (Sullivan County) Tennessee on this the 19th day of December, 2022.

Rebecca Overbey
LICENSED COURT REPORTER
State of Tennessee
LCR #078

My License Expires:

June 30, 2024

***CERTIFIED ONLY IF AFFIXED SEAL IS GREEN***