IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

JOHNSON CITY ENERGY AUTHORITY      *
d/b/a BRIGHTRIDGE,                 *
    Plaintiff/Counter-Defendant,  *
                                     *   CASE NO.
VS.                                *   2:20-cv-00030
                                     *
UNITED TELEPHONE SOUTHEAST, LLC,   *
d/b/a CENTURYLINK,                 *
    Defendant/Counter-Plaintiff.   *

DEPOSITION OF

# STACY DEAN EVANS

(Taken December 19, 2022)

APPEARANCES:

COUNSEL FOR BRIGHTRIDGE:    STEPHEN M. DARDEN
                                        HUNTER, SMITH & DAVIS
                                        100 Med Tech Parkway, Ste. 110
                                        Johnson City, TN  37604

COUNSEL FOR CENTURYLINK:    GARY L. EDWARDS
                                        BAKER DONELSON
                                        602 Sevier Street, Ste. 300
                                        Johnson City, TN  37604

ALSO APPEARING:                  JEFF DYKES (by telephone)
                                        Chief Executive Officer
                                        BrightRidge

*COURT REPORTING AND VIDEO SERVICES*

P. O. Box 7481
Kingsport, TN 37664


EXHIBIT 8

TELEPHONE: (423) 230-8000
REBECCA@COURTREP.NET

```
 1   Q.  So you claim to have knowledge related to BVU, but you
 2       don't have knowledge related to a criminal investigation
 3       that led to a number of high officials going to jail?
 4   A.  These people were no longer employees by the time they
 5       were prosecuted.  It was not a company related thing other
 6       than me providing evidence as requested for certain date
 7       periods as the investigators requested those.
 8   Q.  How soon after they were sentenced did you leave BVU?
 9   A.  I didn't leave until -- I think they were sentenced
10       probably about, what, 2016?  I'm trying to go from memory
11       there.  So I was over there for a couple more years later.
12   Q.  And what did you do from 2016 on at BVU after these
13       individuals left?
14   A.  I continued to manage the network engineering and outside
15       plant engineering teams.  I also took on additional
16       responsibilities in operations as people were absent that
17       had had some of those responsibilities before.
18   Q.  When you left BVU, did you take any BVU documents with
19       you?
20   A.  I mean, no documents, no.
21   Q.  With whom at CenturyLink, if anyone, have you ever had
22       discussions related to BVU?
23   A.  I didn't really have firsthand interface with the group.
24       I know that Marcy Buckles was a primary that my staff
25       dealt with.
```

**STACY DEAN EVANS**                                              DIRECT - EDWARDS

| | |
|---|---|
| 1 | Q. Did you ever have any conversations with Buckles? |
| 2 | A. Not that I'm aware of. |
| 3 | Q. Anybody else at CenturyLink with whom you've ever had any |
| 4 | conversations with related to BVU? |
| 5 | A. There were technicians at times. I do not remember names. |
| 6 | Typically, for the joint pole use agreement, it was |
| 7 | exchanged through our accounting department. I reviewed |
| 8 | that, reviewed it with the outside team, any type of |
| 9 | audits that were performed, and then would approve the |
| 10 | adjustment payments that were made accordingly. |
| 11 | Q. Are you appearing here today on behalf of BVU as a |
| 12 | representative of BVU? |
| 13 | A. No. You asked me the question, sir. |
| 14 | Q. And my question was actually have you had any |
| 15 | conversations with anyone at CenturyLink related to BVU. |
| 16 | And I think your answer to that is no, correct? |
| 17 | A. I thought -- you're not saying while I worked there? I |
| 18 | don't understand your context. |
| 19 | Q. Let's start with while you worked at BVU. |
| 20 | A. Okay. |
| 21 | Q. Did you have any conversations with anyone at CenturyLink? |
| 22 | A. Not directly that I recall. |
| 23 | Q. Okay. Since you've left BVU, have you had any |
| 24 | conversations with anyone at CenturyLink related to BVU? |
| 25 | A. No. |

STACY DEAN EVANS                                    DIRECT - EDWARDS

# C E R T I F I C A T E

I, Rebecca Overbey, Licensed Court Reporter in and for the State of Tennessee, do hereby certify that the foregoing deposition of STACY DEAN EVANS was taken at the time and place and for the purpose as stated in the Caption; that the witness was duly sworn by me before deposing; that the said deposition was recorded electronically and was later transcribed to typewriting, using computer technology; and that the foregoing is a true and accurate transcript of the proceedings to the best of my knowledge, ability and understanding.

WITNESS my hand and official seal at my office in Kingsport (Sullivan County) Tennessee on this the 4th day of January, 2023.

*Rebecca Overbey*
Rebecca Overbey
LICENSED COURT REPORTER
State of Tennessee
LCR #078

My License Expires:

June 30, 2024

\*\*\*CERTIFIED ONLY IF AFFIXED SEAL IS GREEN\*\*\*