IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

JOHNSON CITY ENERGY AUTHORITY
d/b/a BRIGHTRIDGE,
    Plaintiff/Counter-Defendant,

VS.    CASE NO. 2:20-cv-00030

UNITED TELEPHONE SOUTHEAST, LLC,
d/b/a CENTURYLINK,
    Defendant/Counter-Plaintiff.

DEPOSITION OF

ANDREW "ANDY" ICE

(Taken December 14, 2022)

APPEARANCES:

COUNSEL FOR BRIGHTRIDGE:    WILLIAM C. BOVENDER
    JOSEPH B. HARVEY
    HUNTER, SMITH & DAVIS
    1212 North Eastman Road
    Kingsport, TN 37664

COUNSEL FOR CENTURYLINK:    GARY L. EDWARDS
    BAKER DONELSON
    602 Sevier Street, Ste. 300
    Johnson City, TN 37604

ALSO APPEARING:    JEFF DYKES
    Chief Executive Officer
    BrightRidge

*COURT REPORTING AND VIDEO SERVICES*

P. O. Box 7481
Kingsport, TN 37664


EXHIBIT 9

TELEPHONE: (423) 230-8000
REBECCA@COURTREP.NET

| | | |
|---|---|---|
| 1 | A. | In general, sure, technological changes happen all the |
| 2 | | time, so there was other things coming up. |
| 3 | Q. | Okay. And you mentioned you had a conversation with Ryan |
| 4 | | Sikes about BVU. Do you remember talking to anybody else |
| 5 | | about BVU? |
| 6 | A. | In what regard? |
| 7 | Q. | Well, just the issue of their deployment... |
| 8 | A. | In the data zone? |
| 9 | Q. | ...in the telephone zone. |
| 10 | A. | I probably talked with my -- some of my engineers that |
| 11 | | covered that area that asked questions about it. I |
| 12 | | probably would have talked to my construction team about |
| 13 | | it, but I don't remember specific dates and conversations. |
| 14 | Q. | Do you remember who were some of those people? |
| 15 | A. | Marcy Buckles, who we talked about. She had some of the |
| 16 | | territory for a while. |
| 17 | Q. | What did Ms. Buckles have to say about it? Do you |
| 18 | | remember? |
| 19 | A. | I don't. She just -- she told me that she wasn't there |
| 20 | | when that was deployed and that when she went back to the |
| 21 | | Bristol area to cover that, it was already set up that |
| 22 | | way. |
| 23 | Q. | Did you -- are you aware that Erwin has an internet system |
| 24 | | currently, Erwin Utilities? |
| 25 | A. | I have heard that they sell internet services, yes, sir. |

ANDREW "ANDY" ICE　　　　　　　　　　　　　　　　　DIRECT - BOVENDER

# C E R T I F I C A T E

I, Rebecca Overbey, Licensed Court Reporter in and for the State of Tennessee, do hereby certify that the foregoing deposition of ANDREW "ANDY" ICE was taken at the time and place and for the purpose as stated in the Caption; that the witness was duly sworn by me before deposing; that the said deposition was recorded electronically and was later transcribed to typewriting, using computer technology; and that the foregoing is a true and accurate transcript of the proceedings to the best of my knowledge, ability and understanding.

WITNESS my hand and official seal at my office in Kingsport (Sullivan County) Tennessee on this the 28th day of December, 2022.

Rebecca Overbey
LICENSED COURT REPORTER
State of Tennessee
LCR #078

My License Expires:

June 30, 2024

\*\*\*CERTIFIED ONLY IF AFFIXED SEAL IS GREEN\*\*\*