IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE, TENNESSEE

| | |
|---|---|
| JOHNSON CITY ENERGY AUTHORITY, d/b/a BRIGHTRIDGE, <br><br> Plaintiff and Counter-Defendant, <br><br> v. <br><br> UNITED TELEPHONE SOUTHEAST, LLC, d/b/a CENTURYLINK, <br><br> Defendant and Counter-Plaintiff. | CASE NO.: 2:20-cv-30-KAC-CRW |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff and Counter-Defendant Johnson City Energy Authority d/b/a BrightRidge, and Defendant and Counter-Plaintiff United Telephone Southeast, LLC d/b/a CenturyLink (n/k/a Brightspeed), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and through their respective undersigned counsel, hereby submit this stipulation of voluntary dismissal of this action, and all claims and counterclaims asserted therein, *with prejudice*. The parties agree to dismiss this matter from the active docket of this Court. All parties are responsible for their respective attorneys' fees and costs. So Stipulated:

/s/ Gary L. Edwards
Misty Smith Kelley, Esq.
BAKER DONELSON
633 Chestnut Street, Suite 1900
Chattanooga, TN 37450
mkelley@bakerdonelson.com

Gary L. Edwards, Esq.
BAKER, DONELSON
P.O. Box 3038
Johnson City, TN 37602
gedwards@bakerdonelson.com

/s/ *Joseph B. Harvey*
William C. Bovender (BPR# 000751)
Stephen M. Darden (BPR #011461)
Joseph B. Harvey (BPR# 028891)
HUNTER, SMITH & DAVIS, LLP
1212 N. Eastman Road
Kingsport, TN 37664
Ph: (423) 378-8800
Fax: (423) 378-8801
Email: bovender@hsdlaw.com
Email: sdarden@hsdlaw.com
Email: jharvey@hsdlaw.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of November, 2023, a copy of the foregoing STIPULATION OF DISMISSAL was filed electronically using the Court's ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U. S. Mail. Parties may access this filing through the Court's electronic filing system.

**HUNTER, SMITH & DAVIS, LLP**

/s/ Joseph B. Harvey